# *EXHIBIT 1*

# FEDERAL RULE 26 EXPERT REPORT

SUBMITTED TO:

**Law Offices of Terrence A. Beard**
**Terrence A. Beard, Esquire**
**3240 Lone Tree Way, Suite 101**
**Antioch, California 94509**

RE:

**CATHERN PAPASAN, PAULA MEURER, TIMOTHY CHERRY, KURT
SHOEMAKER, SR., GWENDOLYN AND LOUIS KING, RICHARD AND LEAH
VOLLBERG, GEORGE ZUCCONI, GARY GRAUS, ANDREW YOUNG,
CHRISTOPHER JOHNSTON, JAMES JACKSON, JIMMY BYERS, RICHARD
LANDSHEFT, SANDRA GREENE, NELSON AND MARJORIE GOEHLE, JILL AND
SID GARRETT, and all persons similarly situated,**
**Plaintiffs,**
**v.**
**DOMETIC CORPORATION, a Delaware Corporation,**
**Defendant.**

**Case No: 1:16-cv-22482-RNS**

**January 4, 2019**
**Amended January 28, 2019**

PREPARED BY:

**PETER D. LAYSON, PRINCIPAL STAFF SCIENTIST**

**ORION P. KEIFER (P.E. in CA, FL, VA, GA, AL & OR),**
**PRINCIPAL MECHANICAL ENGINEER**

**AEGI File: 0118-005-1227**

---

 *Applications Engineering Group, Inc. Consulting Engineers and Scientists* Jacksonville Office:

1200 Mayport Road, Atlantic Beach, Florida, 32233, 904-249-1718, Fax: 904-249-2131
E-mail: aegi@aegiforensics.com Web Page: www.aegiforensics.com
1-800-777-7668

# Table of Contents

I. Summary ........................................................................................................................ 4

    A.    Scope of Assignment............................................................................................ 4

    B.    Qualifications ...................................................................................................... 4

    C.    Amended Report Changes ................................................................................... 6

    D.    Summary of Conclusions .................................................................................... 6

II. Reviewed Documents ................................................................................................... 8

    A.    Analysis of Alternatives and Socio-Economic Analysis. ................................... 8

    B.    DometicPapasan_0101128_CONFIDENTIAL Excel Spreadsheet ..................... 10

    C.    DometicPapasan_0326008 Excel Spreadsheet .................................................. 10

    D.    DometicPapasan_0101039_CONFIDENTIAL Excel Spreadsheet .................... 10

    E.    NHTSA Recall 06E-076 / 08 ........................................................................... 10

    F.    Chronology of Events Leading to Defect Determination dated November 8, 2006. 11

    G.    Declaration of Ms. Elizabeth Buc in the case of *Douglas Bowman, Debra Bowman, Hosua Bowman, Hathan Turman, Bowman Construction, and Icarian Ridge RV Sales, LLC, v. Dometic Corp.*, dated February 23, 2016. ................................................. 11

    H.    Depositions of Mr. Daniel R. Fuller, in the cases of *Brandy Varner v. Dometic Corp.* and *Douglas Bowman, Debra Bowman, Hosua Bowman, Hathan Turman, Bowman Construction, and Icarian Ridge RV Sales, LLC v. Dometic Corp.*....................................... 11

    I.    Affidavit of Mr. Chris Jackson in the cases of *Brandy Varner v. Dometic Corp.*, and *Douglas Bowman, Debra Bowman, Hosua Bowman, Hathan Turman, Bowman Construction, and Icarian Ridge RV Sales, LLC v. Dometic Corp.*....................................... 11

    J.    Report and deposition of Dr. Paul Eason in the case of *Brandy Varner v. Dometic Corp.* 11

    K.    Report and deposition of Mr. Michael E. Stevenson in the case of *Brandy Varner v. Dometic Corp.*........................................................................................................ 11

    L.    Scene Inspections.............................................................................................. 12

    M.    Materials Laboratory Inspections .................................................................... 12

    N.    Named Plaintiff Investigations ......................................................................... 13

    O.    Other Dometic Refrigerator Investigations ..................................................... 15

III. Analysis ...................................................................................................................... 16

    A. Dometic Gas Absorption Refrigerator Design ................................................... 16

    B. Dometic Refrigerator Design Defect................................................................... 18

    C.    Knowledge......................................................................................................... 21



**D.     The common defect manifests with first use regardless of individual uses or installation procedures.** ................................................................................ 22

**E.     Dometic's Recalls Did Not Repair The Refrigerators That Were The Subject Of The Recall** ................................................................................ 23

**F.     Potential repairs** ................................................................................ 24

**G.     Supplemental repairs:** ................................................................................ 25

**IV. Conclusions** ................................................................................ 26

**V. Signatures** ................................................................................ 28

**VI. Photographs** ................................................................................ 29



# I. Summary

## A. Scope of Assignment

On May 2, 2016, Applications Engineering Group, Inc. (AEGI) was requested to review Dometic gas absorption refrigerators owned by several of the named plaintiffs, which were potentially the origin of leaks and fires, along with documents relating to all Dometic gas absorption refrigerators produced since 1997, to see if there was a common defect that was the root cause of the Dometic gas absorption refrigerator failures; if the failure of the plaintiffs' refrigerators were consistent with the common defect and with being the source of ignition initiating the reported fire sequence; to evaluate Dometic's knowledge of and conduct regarding safety-related design defects in their gas absorption refrigerators; and to determine the potential for repair.

The investigation was assigned to AEGI Principal Staff Scientist, Peter D. Layson, and AEGI Principal Mechanical Engineer, Orion P. Keifer, P.E., AEGI file number 0118-005-1227. Mr. Layson and Mr. Keifer were specifically requested to perform a review and evaluation to determine whether the root cause of the propensity of Dometic gas absorption refrigerators to fail, leak, and produce fires could be traced to a common design defect, whether that defect was present in all Dometic gas absorption refrigerators, regardless of individual uses, whether this defect was well known to Dometic and to determine whether Dometic has taken sufficient steps to prevent further refrigerator-caused failures, leaks and fires, and suggested repairs. Further, we were asked to review the file material produced during fire investigation inspections and laboratory inspections of Dometic gas absorption refrigerators implicated as the origin and cause of the Meurer, King, Graus, Young, Johnston, Landsheft, Goehle, and Garrett fires, the failure and leak in the Cherry refrigerator, and if the refrigerators were a potential ignition source for the leaks and fires, determine if the boiler tubes were breached due to a common defect and if such breach was consistent with it being the cause of the leaks and fires.

## B. Qualifications

Since 2000, Applications Engineering Group, Inc. has investigated numerous Dometic, Inc. (Dometic) gas absorption refrigerators and gas absorption refrigerators manufactured by Dometic's main competitor, Norcold Corporation (Norcold), that were potentially the cause of fire losses.

Mr. Layson has worked in the area of forensic science and engineering since 1996 and has been the principal staff scientist at AEGI since 2000. Mr. Layson is a member of the International Association of Arson Investigators (IAAI), current president and member of the Florida Chapter of the International Association of Arson Investigators, the National Fire Protection Association (NFPA), and the Florida Advisory Committee on Arson Prevention (FACAP). He is a Certified Marine Electrician through the American Boat and Yacht Council (ABYC), a Certified Fire and Explosion Investigator (CFEI) and Certified Vehicle Fire Investigator (CVFI) through the National Association of Fire Investigators (NAFI) as well as a Category I LP Gas Dealer (0601 Qualifier) through State of Florida Bureau of LP Gas Inspections. Since joining AEGI in 1997, he has examined and analyzed over a thousand cases involving electrical and gas related issues. He has also been extensively and personally involved in research and testing at AEGI, which has included

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



the testing of multiple cooling units from gas absorption refrigerators manufactured by the defendant Dometic as well as its main competitor, Norcold Inc. Mr. Layson is a physicist and has extensive education and experience - both field and laboratory - in electrical and gas system and appliance failures. Mr. Layson's education, experience, and authored publications are summarized on his *curriculum vitae*, included as **Attachment 1**. Mr. Layson's testimony record is included as **Attachment 2**.

Mr. Keifer has worked in the area of forensic engineering since 1989 and has been the principal mechanical engineer at AEGI since its inception in 1994. He is a professional engineer, registered in California, Florida, Georgia, Alabama, Virginia, Oregon and Texas. He is a member of the American Society of Mechanical Engineers (ASME), the National Society of Professional Engineers (NSPE), the American Society of Testing and Materials (ASTM), as well as others. He graduated from the United States Naval Academy with a bachelor's degree in mechanical engineering (BSME) in 1973. Subsequently, he completed the Naval Nuclear Propulsion program and qualified as an Engineering Officer. During his twenty-one years of Naval service, he served on two boiler powered frigates and two nuclear aircraft carriers, during which he obtained extensive training in corrosion, chemistry control, heat transfer and failure modes in various boilers and heat transfer systems. He has taught a course in Naval Engineering at Jacksonville University that included a module in boilers, corrosion, chemistry control and boiler failures and undergraduate engineering courses in the Mechanical Engineering Department of the United States Naval Academy and/or Jacksonville University, including courses in Materials Science, Mechanics (Statics), Strengths of Materials, Machine Design, Mechanical Engineering Design and Thermodynamics I and II. He has a Master's of Science in Mechanical Engineering (MSME) from the Naval Postgraduate School. He wrote his master's thesis on the study of high temperature fatigue in 2 1/4 Cr - 1 Mo steel, which involved both high temperature corrosion and fatigue of steel. Mr. Keifer's *Curriculum Vitae* is included as **Attachment 3**. Mr. Keifer's testimony record for the last 4 years, is included as **Attachment 4**. A current rate schedule for Mr. Keifer and Mr. Layson, as well as services provided by AEGI, is included as **Attachment 5**.

Mr. Layson and Mr. Keifer have participated in a wide range of forensic investigations involving technical/engineering issues within their areas of expertise, including testing and analysis, since 2002, of more than 50 cooling units from gas absorption refrigerators manufactured by the defendant Dometic Corporation[1] as well as over 100 absorption refrigerators, including those manufactured by their main competitor, Norcold. Many of those included a materials inspection of the boiler. Mr. Layson and Mr. Keifer co-authored a two-part peer-reviewed study entitled "Investigating Absorption Refrigerator Fires" in the April and June, 2008 editions of the Fire and Arson Investigator magazine in response to the repeated gas absorption refrigerators involved in fire failure modes. The articles were also made available on the world wide web. To their knowledge, these are the only peer-reviewed articles that have been published to date which examine Norcold/Dometic gas absorption refrigerator failures from a scientific point of view,

---

[1] AEGI's first Dometic gas absorption refrigerator fire case was in 2001. The first Dometic refrigerator case that included a materials examination was in 2006. The breach in the boiler was due to inside out corrosion, which is the root cause of Dometic gas absorption refrigerator boiler tube leaks and fires.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

*AEGI*

based on laboratory examinations of actual Norcold/Dometic refrigerators which failed in the field. True and correct copies of these articles are enclosed as **Attachment 6**.

C.   Amended Report Changes

The amended report and conclusions are substantially the same as the original report: however, references to AEGI cases which have not been released by the individual AEGI client have been removed and Paula Meurer Appendix A-9 was added, since approval from the AEGI client was obtained after the original report was completed.

**D.  Summary of Conclusions**

Based on the foregoing investigation and preliminary analysis, to a reasonable degree of engineering and scientific certainty, AEGI concludes the following:

1.   Based on our inspections of Dometic refrigerators, as discussed in further detail herein, and a review of the relevant documents publicly available or produced in litigation, we find that all Dometic gas absorption refrigerators manufactured since 1997 share in all relevant respects the same design.  The cooling unit of all class members' refrigerators is a closed-loop system comprised of low-carbon steel tubing that contains a solution of water, ammonia, and sodium chromate, which is pressurized by hydrogen gas. Heat is applied to the cooling solution through electric heaters/propane combustion contained in pockets welded to the side of the boiler tube. The heating and cooling cycles are managed through electronic controllers, designed to cycle through heating and cooling periods multiple times per day. During these cycles, the metal components of the boiler tube assembly—the heater pockets, welds, and boiler tubing—expand and contract at different rates due to temperature differences, introducing cyclic stress into the assembly.

2.   This boiler tube assembly design is dangerously flawed. Cyclic thermal stress, combined with the concentration of heat flux on the small surface of the heater pockets/flue welds to the boiler tube, produces high temperature areas.  The protective layer will thicken. The cyclic stresses can damage the protective layer on the inside of the boiler tubing that may have been established through pre-production treatment of the boiler tubing (if any), or through the high temperature, high pH and sodium chromate environment of the cooling solution. This protective layer can crack due to differences of thermal expansion. Once the protective layer is compromised, the cooling solution can repair the damage by forming a protective layer; however a stress riser is established.  Further, the chromate is depleted, particularly in any area that there is a crack pit which leads to accelerated local corrosion.  Eventually the corrosion will lead to leaks of extremely flammable hydrogen gas and flammable ammonia gas. This defect is common and manifests itself in all

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

6



models of Dometic gas absorption cooling units.  The defect is manifest with the initial use, even though the corrosive process may take time to result in visible damage and/or poor performance.  The damage will eventually lead to a release of hydrogen (extremely flammable) and/or ammonia (flammable) gas and potential fire unless the unit is taken out of service for some other reason.

3. The manner in which the refrigerator containing the cooling unit is installed in a vehicle has no bearing on the common defect.  The corrosive process will begin in every cooling unit upon first use and the environment external to the cooling unit cannot prevent the corrosion, even though there are external factors which can increase the speed at which the corrosion progresses to the point of perforating the boiler tube wall.

4. Likewise, the manner in which the refrigerator containing the defective cooling unit is used also has no bearing on the defect.  While the rate of corrosion and whether general corrosion or localized corrosion may be favored, the boiler tube will corrode and eventually fail due to the corrosion. Review of Dometic's documents indicates that it has long been aware of corrosion-induced leaks in the boiler tube assembly and the fire risk its boiler tube assembly presents.

5. It appears from the existing record in evidence that the number of fires reportedly caused by Dometic refrigerators is far greater than Dometic publicly reported. Dometic's documentation concerning the extent of the number of fires is not even internally consistent nor is it consistent with AEGI Dometic files.

6. The existing record in evidence demonstrates Dometic's awareness of the design defect, the failure of Dometic's prior recalls to remedy that defect, and the substantial risk of fire that accompanies the defect.

7. After reviewing the files for the Meurer, King, Young, Johnston, Landsheft, Goehle, and Garrett fires, we find commonality, demonstrating that Dometic's design defect is the common root cause of the fire for each of these plaintiffs:

    a. The area of fire origin for these cases is consistent with starting at the subject Dometic absorption refrigerator;

    b. The point of origin is consistent with the boiler region of the subject Dometic absorption refrigerator;

    c. There is the potential for several competent sources of ignition in the refrigerator boiler region to be present when the identified breach occurred, releasing fugitive ammonia and hydrogen gas.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

7



    d.    The first fuel ignited in the fire sequence was one or both of the flammable components of the refrigerant (ammonia and hydrogen gas) released as a consequence of the identified breach.

    e.    The identified failure in the boiler region of the subject Dometic absorption refrigerators is inconsistent with having been caused by an attacking fire.

8.    The Dometic boiler tubes for the class that AEGI inspected, all had some degree of corrosion on the interior of the tube adjacent to the heater pocket welds which was a result of the common defective design of the boiler tube of Dometic absorption refrigerators.  The release of hydrogen (extremely flammable) and ammonia (flammable) gas can cause a fire from a leak in the boiler tube, with or without heat applied.  It can also be released as a result of a loss of flow in the cooling system with heat applied due to extreme off level, a leak in the boiler that decreases the annulus level below that of the absorber or due to a clog, generally due to corrosion products, in the percolating tube. With a loss of flow and heat applied, the temperature and pressure in the boiler increased until the point that the cooling unit is breached, expelling the hydrogen and ammonia gas.

## II. Reviewed Documents

### A.  Analysis of Alternatives and Socio-Economic Analysis.

AEGI reviewed a document, apparently submitted by Dometic GmbH, to continue to use chromate in their cooling units past the sunset date in the European Union, entitled Analysis of Alternatives and Socio-Economic Analysis. While there were redactions in key areas concerning their efforts in corrosion control, the following was gleaned from the document:

- "Sodium Chromate (containing Cr(VI) / $Cr^{6+}$) is classified as Carcinogenic, Mutagenic, and Toxic for reproduction" (Section 2.2 DometicConsolidated_000000014).

- "Chromium in the +3 (Cr(III)/$Cr^{+3}$) oxidation state is not considered Carcinogenic, Mutagenic or reproductive toxin" (Section 2.4 DometicConsolidated_000000018)

- "Chromate forms a chromium/iron oxide film at the steel surface with good protective properties. $Cr^{6+}$ (Cr(VI)) is reduced to less toxic Cr(III) ($Cr^{3+}$) in the formation of chromium oxide film. If the film is damaged, chromate or dichromate is supplied from the solution and the surface is re-passivated. It is estimated that 90% of the Cr(VI) is reduced to Cr(III) in the first 2-3 years of operating time" (Section 3.1.3 DometicConsolidated_000000023)

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



- "most of the chromate (with $Cr^{6+}$/Cr(VI)) is reduced to Cr(III) ($Cr^{+3}$) during product lifetime and there is no release of CR(VI) during the product service life" (Section 2.4.2 DometicConsolidated_000000018). Similar language in Section 2.5 (DometicConsolidated_000000018). "It is estimated that 90% of the Cr(VI) is reduced to Cr(III) in the first 2-3 years of operating time" (Section 3.1.3 DometicConsolidated_000000023)

- "Typical service life of a refrigerator filled with ammonia and water without any inhibitor is less than one year. At that time magnetite crystals (Fe3O4) are formed which blocks the liquid circulation resulting in a dry-out of the boiler and rapid progress of corrosion eventually resulting in leakage of the cooling unit" (Section 3.1.2 DometicConsolidated_000000023)

- "A leak in the cooling system would force the consumers to change their refrigerator. For example, consumers expect that RV refrigerator lifetime is as long as the lifetime of their RV. An average lifetime for an RV is 15 years, so the expected lifetime for an RV refrigerator has to match, or exceed it. Prevention of premature leaks is a matter of product safety as well as customer satisfaction". (Section 4.3.1.2 DometicConsolidated_000000031)

- "Products with higher boiler temperatures (>180ºC/356ºF) … are used in a harsher environment than products with lower operating temperature. They are exposed to considerable variation in outside temperature, vibration and they are on discontinuously (Section 2.3.1 Paragraph 3 DometicConsolidated_000000016).

- "The production facilities also participate in studies of the general corrosion pattern. This includes studies of influence of temperature, flow conditions and design of the cooling unit on the corrosion rate. In parallel, the absorption refrigeration process has been studied and improved in order to decrease the temperature of the hot parts of the cooling unit since the temperature is believed to be the single most important factor for corrosion" (Paragraph 2, DometicConsolidated_000000063).

- Full scale testing has been conducted for alternative corrosion inhibitors. "The cooling units have been operated continuously over long periods of time. At regular intervals the units were stopped and cut open, and the interior surfaces have been examined" (Section 2.3.1 Paragraph 1 DometicConsolidated_000000016).

- Figure 1. Activities to phase out sodium chromate gives a rough time line. Under the design heading, it was noted "Important design parameters identified" in the 2012 time frame and "Product redesign and dev. of control systems start" approximately 2014.

- "[T]emperature is believed to be the single most important factor for corrosion." (Electrolux corrosion studies, DometicConsolidated_000000063).

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



### B.  DometicPapasan_0101128_CONFIDENTIAL Excel Spreadsheet

This spreadsheet chronicles claims against Dometic, with 204 entries, including three with header information. AEGI sorted the listings by date of loss and found the date of loss spanned from October 20, 2007 to January 14, 2008.

### C.  DometicPapasan_0326008 Excel Spreadsheet

Dometic provided a BC Partners (June 2005) spreadsheet that chronicled claims made against Dometic, with 1009 listings including the header. AEGI sorted the listings by date of loss and found the date of loss spanned from October 4, 2008 to June 15, 2016. Comparing AEGI's case lists, also sorted by the date of loss, to the above two spreadsheets revealed that several cases were not listed. It is not clear the screening criteria used for a claim to be included on the above lists, but it does not appear to be a complete listing of refrigerator claims.

### D.  DometicPapasan_0101039_CONFIDENTIAL Excel Spreadsheet

This document contained sales volume and times to failure data. The times to failure data does not appear to be consistent with the 15 year expected lifetime noted in the Analysis of Alternatives and Socio-Economic Analysis.

### E.  NHTSA Recall 06E-076 / 08

Dometic initially recalled certain two door refrigerator units manufactured between April 1997 and May 2003 and later expanded the recall to include those manufactured between June 2003 and September 2006. The initial recall acknowledged the potential of fatigue cracks in the boiler tube adjacent to the heater pocket welds "that may release a sufficient amount of pressurized coolant solution into an area where an ignition source may be present. If this would occur under certain conditions, the coolant could ignite, and result in a fire". The problem was reportedly due to a design change where the power (wattage) of the heaters were increased from 325 watts to 354 watts. It was noted that "a boiler fatigue crack with the loss of cooling solution without ignition would result in a non-operational refrigerator that is not a safety issue". It further stated:

> In order to have a fire, at a minimum, all of the following conditions must exist:
>
> 1.  The refrigerator must be on and normally operating and gas burner must be lit;
> 2.  There must be an oversized heating element in the refrigerator;
> 3.  The boiler tube must develop a throughway fatigue crack of a specific size;
> 4.  There must be a release of the cooling solution at a rate which will allow the accumulation of the cooling solution at a concentration within its range of flammability; and
> 5.  There must be ignition source (gas flame) present.
>
> If any of these conditions are not present, a release of the cooling solution will not result in a fire.

The recall kit included a secondary burner housing, a thermal fuse, and a melt fuse.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



**F. Chronology of Events Leading to Defect Determination dated November 8, 2006.**

This document detailed for NHTSA the event Chronology for the recall. There is a discussion of the testing that was conducted to establish the 5 elements necessary for a leak to cause a fire; however, the testing was apparently performed on the ammonia vapor. There is no mention of the significantly more flammable hydrogen gas.

**G. Declaration of Ms. Elizabeth Buc in the case of *Douglas Bowman, Debra Bowman, Hosua Bowman, Hathan Turman, Bowman Construction, and Icarian Ridge RV Sales, LLC, v. Dometic Corp.*, dated February 23, 2016.**

This document indicated that Ms. Buc performed an investigation, including testing and analysis of Dometic ammonia absorption refrigerators, which ultimately resulted in the 2006 voluntary recall of certain Dometic refrigerators and the 2008 recall expansion. This work was listed on a privilege log; however, no documents were provided. The privilege log appears to contain Ms. Buc's entire file, including Dometic brochures and installation manuals, listed on the privilege log.

**H. Depositions of Mr. Daniel R. Fuller, in the cases of *Brandy Varner v. Dometic Corp.* and *Douglas Bowman, Debra Bowman, Hosua Bowman, Hathan Turman, Bowman Construction, and Icarian Ridge RV Sales, LLC v. Dometic Corp.***

Mr. Fuller is general counsel and secretary for Dometic Corporation. He indicated that from 2001 to 2009, cooling units were made in Sweden by Dometic AB. Starting in the 2009-2010 timeframe, cooling units were manufactured in the United States by Dometic Corporation. In transferring the manufacturing, Dometic AB transferred to Dometic Corporation equipment and a set of production drawings, such as they existed at the time. (Varner 116/21). Much of the deposition was devoted to the corporate structure and what documents were available.

**I. Affidavit of Mr. Chris Jackson in the cases of *Brandy Varner v. Dometic Corp.*, and *Douglas Bowman, Debra Bowman, Hosua Bowman, Hathan Turman, Bowman Construction, and Icarian Ridge RV Sales, LLC v. Dometic Corp.***

Mr. Jackson is the Claims Coordinator for Dometic Corporation. He indicated that Dometic Corporation had 1466 claims for personal injury and/ or property damage related to Dometic refrigerators between 2000 and 2015.

**J. Report and deposition of Dr. Paul Eason in the case of *Brandy Varner v. Dometic Corp.***

Dr. Eason identifies the common defect but fails to support his findings with any data or prior cases showing the issue. He additionally incorrectly avers a properly installed Dometic absorption refrigerator will vent to the exterior of the coach and not into the occupant compartment.

**K. Report and deposition of Mr. Michael E. Stevenson in the case of *Brandy Varner v. Dometic Corp.***

Mr. Stevenson identifies that a properly installed Dometic, should it fail, will vent outside and not into the occupant compartment. He further identifies that the construction of Norcold, Dutch Aire,

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



Articcold, and RVCool are similar in design to Dometic. Mr. Stevenson also identifies that the corrosion mitigation methods (e.g., use of sodium chromate) is appropriate and consistent with industry norms, but does not discuss sodium chromate depletion.

### L.  Scene Inspections

AEGI has participated in some of the scene examinations for the named plaintiffs.  In some of the inspections, AEGI has been requested to determine the origin and cause of the fire as well as perform the electrical and mechanical evaluation. During some of the scene examinations, AEGI has performed the electrical and mechanical testing including pressure/leak testing of both the propane system and absorption refrigeration system.    Generally the examinations are conducted with all relevant parties present and documented in accordance with ASTM E-860 and compliant with NFPA 921.

### M. Materials Laboratory Inspections

AEGI has conducted numerous materials examination of possible leaks of the boiler section on Dometic and Norcold cooling units. In early investigations, AEGI developed an inspection protocol, which was discussed in "Investigating Absorption Refrigerator Fires" in the April and June, 2008 editions of the Fire and Arson Investigator magazine authored by AEGI. The basic protocol has become the accepted standard for the inspections, and has been accepted repeatedly by Dometic experts. A copy of a current representative protocol is attached (**Attachment 7**). While there are some differences in the procedure, depending on the condition of the cooling unit and the results of each step, the fundamental steps are similar for each inspection and usually include:

- Visual inspection of the cooling unit and other items of evidence collected at the scene.
- Photographically document the condition.
- Take debris samples for additional testing if requested or desired.
- Document and remove interference to facilitate observation of the boiler for a pressure leak test.
- Pressurize the cooling unit with compressed gas (normally Nitrogen) and apply leak detection fluid to detect the area of the leak.
- Conduct a pressure leak drop test to document the rate of leakage of the compressed gas. The cooling unit is isolated from the compressed gas source and the pressure is monitored over time.
- Cut the boiler section/adjacent tubing from the cooling unit. Sometimes this is necessary to be done before the tests with compressed gas, when there is a breach in the cooling unit other than in the area of the boiler.
- Remove the heaters. If they do not come out easily, the heater pocket may need to be longitudinally cut.
- Trim the excess tubing to leave only the boiler section.
- Axially split the boiler to expose the interior surface.
- Attempt to find the breach on the tube inside diameter and mark. Use of compressed air on the outside diameter with fluid in the inside can be helpful.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

12



- Select an area and make a transverse cut of the tube adjacent to the breach. Grind the boiler section until the through penetration is observable.
- Polish and etch the surface for microscopic examination/measurements.
- Examine with the Scanning Electron Microscope (SEM) and perform semi-quantitative chemical analysis using the Energy Dispersive X-ray Spectroscopy (EDS).

As part of the commonly accepted protocol, AEGI normally reviews available information concerning the overall failure or fire, refrigerator components found in the debris, and any previous testing performed on the cooling unit from scene investigations by other investigators. AEGI also routinely inspects additional components and debris that were taken as evidence. Frequently, that includes electrical wiring, appliances, and debris in the area of interest. While the materials examination protocol is similar, the details of each AEGI materials inspection can be different and therefore will be discussed in the attachments for each individual case.

### N. Named Plaintiff Investigations

| Paula Meurer | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 3862 | **Dometic Serial No:** | 921146006 |
| **Date of Loss:** | August 17, 2017 | **Loss Location:** | Susanville, CA |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2001 |
| **Claim No:** | Unknown | **AEGI File No:** | 0117-010-1227 |
| **AEGI Scene Inspection:** | N/A | **AEGI Materials Exam:** | September 19, 2018 - September 21, 2018 |
| **Summary of Results:** Please see additional details in **Attachment A-9** | | | |

| Timothy Cherry | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 2852 | **Dometic Serial No:** | 60903016 |
| **Date of Loss:** | April 28, 2016 | **Loss Location:** | Castaic, CA |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2007 |
| **Claim No:** | Unknown | **AEGI File No:** | 0117-001-1227 |
| **AEGI Scene Inspection:** | N/A | **AEGI Materials Exam:** | January 10, 2018 - January 12, 2018 |
| **Summary of Results:** Please see additional details in **Attachment A-1** | | | |

| Gwendolyn & Louis King | | | |
|---|---|---|---|
| **Dometic Model No:** | 2652 | **Dometic Serial No:** | 23803759 |
| **Date of Loss:** | October 16, 2016 | **Loss Location:** | Okeechobee, FL |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2003 |
| **Claim No:** | Unknown | **AEGI File No:** | 0117-004-1227 |

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



| AEGI Scene Inspection: | March 23, 2017 | AEGI Materials Exam: | January 23, 2018 – January 26, 2018 |
|---|---|---|---|
| AEGI Scene Inspector: | Peter D. Layson | AEGI Materials Examiner: | Peter D. Layson & Orion P. Keifer |
| **Summary of Results:** Please see additional details in **Attachment A-2** | | | |

| **Gary Graus** | | | |
|---|---|---|---|
| **Dometic Model No:** | NDA 1402 | **Dometic Serial No:** | Unknown |
| **Date of Loss:** | August 22, 2016 | **Loss Location:** | Castaic, CA |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2007 |
| **Claim No:** | Unknown | **AEGI File No:** | 0117-006-1227 |
| **AEGI Scene Inspection:** | N/A | **AEGI Materials Exam:** | January 8-9, 2018 |
| **Summary of Results:** Please see additional details in **Attachment A-3** | | | |

| **Andrew Young** | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 2852 | **Dometic Serial No:** | Unknown |
| **Date of Loss:** | August 16, 2015 | **Loss Location:** | Latham, OH |
| **Insurance Carrier:** | State Farm | **RV Manufacture:** | 2002 |
| **Claim No:** | 35711F397 | **AEGI File No:** | 0115-018-0869 |
| **AEGI Scene Inspection:** | N/A | **AEGI Materials Exam:** | April 7, 2016 |
| **Summary of Results:** Please see additional details in **Attachment A-4** | | | |

| **Christopher Johnston** | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 2652 | **Dometic Serial No:** | 717080002 |
| **Date of Loss:** | March 1, 2016 | **Loss Location:** | Fort Worth, TX |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2008 |
| **Claim No:** | Unknown | **AEGI File No:** | 0116-002-1227 |
| **AEGI Scene Inspection:** | N/A | **AEGI Materials Exam:** | September 21-22, 2016 and December 8, 2016 |
| **Summary of Results:** Please see additional details in **Attachment A-5** | | | |

| **Richard Landsheft** | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 1350 | **Dometic Serial No:** | 03796816 |
| **Date of Loss:** | January 22, 2017 | **Loss Location:** | Socorro, TX |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2004 |

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



| Claim No: | Unknown | AEGI File No: | 0117-008-1227 |
|---|---|---|---|
| AEGI Scene Inspection: | N/A | AEGI Materials Exam: | January 22, 2018 – January 26, 2018 |
| **Summary of Results:** Please see additional details in **Attachment A-6** | | | |

| **Nelson & Marjorie Goehle** | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 2652 | **Dometic Serial No:** | 01202638 |
| **Date of Loss:** | March 27, 2016 | **Loss Location:** | Olympia, WA |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2000 |
| **Claim No:** | Unknown | **AEGI File No:** | 0116-003-1227 |
| **AEGI Scene Inspection:** | N/A | **AEGI Materials Exam:** | September 20-21, 2016 and December 7, 2016 |
| **Summary of Results:** Please see additional details in **Attachment A-7** | | | |

| **Jill & Sid Garrett** | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 2862 | **Dometic Serial No:** | Unknown |
| **Date of Loss:** | October 9, 2016 | **Loss Location:** | Idaho Falls, ID |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2004 |
| **Claim No:** | Unknown | **AEGI File No:** | 0117-009-1227 |
| **AEGI Scene Inspection:** | N/A | **AEGI Materials Exam:** | January 23, 2018 – January 26, 2018 |
| **Summary of Results:** Please see additional details in **Attachment A-8** | | | |

### O.  Other Dometic Refrigerator Investigations

| **Angel Otero** | | | |
|---|---|---|---|
| **Dometic Model No:** | RM 3862 | **Dometic Serial No:** | 24205135 |
| **Date of Loss:** | November 13, 2005 | **Loss Location:** | Sarasota, FL |
| **Insurance Carrier:** | Unknown | **RV Manufacture:** | 2002 |
| **Claim No:** | Unknown | **AEGI File No:** | 0106-007-0817 |
| **AEGI Scene Inspection:** | March 3, 2006 | **AEGI Materials Exam:** | December 12, 2006 |
| **AEGI Scene Inspector:** | Peter D. Layson | **AEGI Materials Examiner:** | Peter D. Layson |
| **Summary of Results:** Please see additional details in **Attachment B-1** | | | |

| **Randy & Lisa Smith** | | | |
|---|---|---|---|
| **Dometic Model No:** | RM2652 | **Dometic Serial No:** | 42708362 |
| **Date of Loss:** | June 12, 2007 | **Loss Location:** | Pocatello, ID |

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

15



| Insurance Carrier: | Idaho Farm Bureau Mutual Insurance Co. | RV Manufacture: | 2005 |
| Claim No: | 01041054012007061201 | AEGI File No: | 0107-001-1085 |
| AEGI Scene Inspection: | August 2, 2007 | AEGI Materials Exam: | April 30, 2008 |
| AEGI Scene Inspector: | Peter D. Layson | AEGI Materials Examiner: | Peter D. Layson |
| Summary of Results: Please see additional details in **Attachment B-2** | | | |

| **Philip Cox** | | | |
| --- | --- | --- | --- |
| Dometic Model No: | Unknown | Dometic Serial No: | Unknown |
| Date of Loss: | January 26, 2009 | Loss Location: | Iuka, MS |
| Insurance Carrier: | GMAC Insurance | RV Manufacture: | 2005 |
| Claim No: | 8671018 | AEGI File No: | 0109-001-1132 |
| AEGI Scene Inspection: | N/A | AEGI Materials Exam: | July 30-31, 2009 |
| Summary of Results: Please see additional details in **Attachment B-3** | | | |

| **Michael Adamson** | | | |
| --- | --- | --- | --- |
| Dometic Model No: | Unknown | Dometic Serial No: | Unknown |
| Date of Loss: | August 29, 2008 | Loss Location: | Bountiful, UT |
| Insurance Carrier: | Farmers Ins Exchange | RV Manufacture: | Unknown |
| Claim No: | N/A | AEGI File No: | 0110-001-1173 |
| AEGI Scene Inspection: | N/A | AEGI Materials Exam: | June 6-7, 2011 |
| Summary of Results: Please see additional details in **Attachment B-4** | | | |

| **Matt Gelpin** | | | |
| --- | --- | --- | --- |
| Dometic Model No: | Unknown | Dometic Serial No: | Unknown |
| Date of Loss: | February 17, 2015 | Loss Location: | Alabama |
| Insurance Carrier: | Unknown | RV Manufacture: | Unknown |
| Claim No: | Unknown | AEGI File No: | 0115-001-1451 |
| AEGI Scene Inspection: | N/A | AEGI Materials Exam: | August 24, 2015 |
| Summary of Results: Please see additional details in **Attachment B-5** | | | |

## III. Analysis

### A. Dometic Gas Absorption Refrigerator Design

All Dometic gas absorption refrigerators are comprised of two major parts; the refrigeration box and the cooling unit. The absorption refrigerator cooling unit consists of tubes, fins and a small

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



tank. It is a sealed system, with no moving parts, that requires the application of heat to the liquid refrigerant solution in order to operate. A diagram of the cooling unit is included as **Attachment 8**.

Dometic gas absorption cooling units,[2] the subject of this class action, contain four chemicals: water ($H_20$), ammonia ($NH_3$), hydrogen ($H_2$), and sodium chromate ($Na_2Cr0_4$). Ammonia, analogous to freon in vapor compression (conventional) refrigeration systems, is transported through the unit's tubing, giving off heat in some regions and absorbing heat in others. The water, located in the bottom portion of the cooling unit, when cooled, readily absorbs ammonia, forming ammonia hydroxide ($NH_4OH$), then expels ammonia when heated/percolated in the boiler. It is this percolating action of the ammoniated water which causes the circulation of the fluids within the cooling unit. The hydrogen in the refrigeration coil maintains a positive pressure and promotes the evaporation of the liquid ammonia due to its partial pressure, thereby drawing heat from the refrigerator compartment. Additionally, the difference in the mass of hydrogen and ammonia molecules cause natural circulation in the gaseous portions of the system. The sodium chromate is a corrosion inhibitor which helps protect the steel tubing from general corrosion caused by the water environment.

The boiler is that area of the subject cooling units which houses one or more electric heating elements, usually a propane gas burner, and provides the main driving force for the circulation of ammonia. **Attachment 8** is a diagram commonly used by Dometic's fire investigators, which accurately identifies the boiler tube location in the subject cooling unit. The boiler region is approximately 6 inches long. Welded to the side of the boiler tube are the propane burner flue pipe and tubes in which the electric heating elements are inserted (heater pockets). The welds are fillet welds between the boiler tube and flue/heater pockets on one side of each heater pocket. A smaller diameter percolator tube is contained inside the boiler tube and held in place by dimples pressed into the sides of the boiler tube. Dometic uses steel tubing for the boiler with an outside diameter of approximately 1.000 inches and a thickness of approximately 0.06 inches. The material is a low-carbon steel.

The boiler tube is the site of the common failure. During operation, heat energy from the electric heating elements or propane flame is transferred through the weld to the outside of the boiler tube, through the boiler tube, through the weak solution water in the annulus, through the percolation tube and into the strong solution water, which causes the cooling solution to percolate much like an old-fashioned coffee pot. The percolation releases ammonia gas from the ammonia/water solution, which then causes circulation of the cooling solution/gasses to move throughout the cooling unit. All heat is transferred through the welds for the flue and/or heating element pockets, making the boiler tube adjacent to the welds subject to substantially higher temperatures and

---

[2] Since at least 1997, the Dometic refrigerators designed, manufactured, assembled and sold that contain the gas absorption cooling units at issue here include, but are not limited to, Models RM 2620, RM/DM2652, RM/DM2662, RM/DM2663, RM3762, DMR/DMC 7-Series, RM 2820, DM2852, DM2862, RM3862, RM3863, RM3962, NDM1062, RM1350, 1350WIM, NDA1402, and 1402IMS. The defects chronicled in this report are common to all Dometic gas absorption refrigerators, which share the same absorption refrigeration technology. The cooling units in these models are substantially similar and share common components even though they are for refrigerators of different sizes.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



exposed to higher thermal stresses. The program logic control system for the cooling unit will turn on either the electric heaters or propane burner, causing the boiler to heat up when the temperature on the cold side of the refrigerator exceeds the set point. Therefore, the refrigerator cooling unit may be required to heat up the boiler to start a cooling cycle and cool down following a cooling cycle several times a day.

Similar to an old-fashioned coffee pot, the operation of the refrigerator causes intermittent percolation followed by a period of heating of the annular water (the water in the space between the percolator tube and boiler tube) several times per hour, causing repeated cyclic stress on the boiler. Under normal operation, the boiler tube reaches temperatures of approximately 400º F. Critical to the operation of the refrigerator is the pressure during operation. If the pressure is too low, the ambient air temperature will not be cool enough to condense the ammonia and no cooling can occur. The Dometic refrigerators are filled with hydrogen gas to a pressure of approximately 350 pounds per square inch (psi) when they are manufactured. When the cooling unit heats up to normal operating temperature, the pressure is approximately 425 psi.

Since the cooling unit is a heated pressure vessel, a pressure relieving device, such as a pressure relief valve or rupture disk, is required by the American Society of Mechanical Engineers Boiler and Pressure Vessel Code. For refrigeration pressure vessels with an internal volume less than 3 ft[3], a fusible plug may be used[3]. The American National Standard Institute (ANSI)/Canadian Standards Association (CSA) Standard for "Refrigerators Using Gas Fuel" (ANSI Z21.19 – 2002 / CSA 1.4-2014) requires a pressure relieving device with the same requirements as the more general standards previously cited[4]. Dometic has elected to use a fusible plug (fuse plug), located in the valve plug at the reservoir fill connection. The fuse plug is not a direct pressure sensing device; therefore, it will not vent the pressure unless the temperature at the fusible plug reaches approximately 281ºF.

## B. Dometic Refrigerator Design Defect

The design of the Dometic cooling unit causes a common failure of the cooling unit boiler tubes. The known failure of the tube is interior corrosion in the vicinity of the welds that attach the heater pockets/flue tube to the boiler tubing, which results in a leaking boiler. As described above, all of the usable heat from the electric heaters or flue tube is transferred through the welds, the wall of the boiler tubing, the weak ammonia solution annulus, the percolator tube wall, and finally into the strong ammonia solution within the percolating tube thereby causing the percolating action. In general, the quantity of heat that is transferred is proportional to the temperature difference and the area over which the heat is transferred (heat flux). This concentration of heat flux causes localized hot spots on the inside of the boiler tubing under the heater pocket/flue tube weld and localized cyclic stresses between the hot spot and adjacent areas of the boiler tube. Potentially,

---

[3] ASHRAE "Safety Standard for Refrigeration Systems" American Society of Heating, Refrigeration and Air-Conditioning Engineers, ANSI/ASHRAE Standard 15-2010, Section 9.7.2.1.

[4] American National Standard/CSA Standard for "Refrigerators Using Gas Fuel" (ANSI Z21.19 – 2002 / CSA 1.4-2002), Section 1.10.2 also ANSI Z21.9/CAS 1.4-2014 Section 4.9.2.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

18



there is localized boiling further exacerbating the deleterious effect on the interior of the boiler. These likely synergistic effects and low concentration of chromates — due to depletion — damage the protective layer inside the boiler tubing in the vicinity of the welds, resulting in accelerated corrosion. It is significant that the corrosion is occurring near the hottest location of the cooling unit, in that the corrosion rate is generally exponential with temperature, following the Arrhenius Equation.[5] As the corrosion progresses and accelerates, it thins the boiler tubing from the inside out either as a general thinning or localized pits or cracks. The final breach through the tube, releasing hydrogen (extremely flammable) and ammonia gas (flammable), is caused by pressure within the tube in excess of the remaining mechanical strength of the tube to resist the pressure. This can occur in two modes or more likely a combination of the two modes: 1) tube wall corrosion thinning until it cannot withstand the normal operating pressure or 2) a loss of flow due to corrosion product blockage of water flow in the system or small leak interrupting flow and consequential increase in temperature and pressure at the boiler to the point of failure.

A penetration or rupture in the boiler tube initially allows the weak ammonia solution (liquid) that is above the penetration to leak out. The ammonia which is released is flammable[6] under some conditions and may be the source of fuel in the fire sequence. Even if leaked ammonia does not cause a fire, it still presents a serious respiratory hazard. When the liquid level gets below the penetration, the hydrogen gas in the system is released. The National Fire Prevention Association (NFPA) defines leakage of flammable gas as fugitive gas[7]. Since hydrogen gas is extremely flammable[8] with a very broad flammability range, mixing with even a small amount of air will produce a flammable ratio. All that is needed is a competent ignition source to initiate a fire.[9]

---

[5] The Arrhenius Equation is a standard law of temperature dependence for activation energy type reactions. It expresses the rule that the rate of the reaction (in this case corrosion) is exponential with temperature, i.e. for a small increase in temperature, the rate of corrosion increases dramatically.

The calculation is expressed as:

$$k = Ae^{E_o/(RT)}$$

Where:
k = rate of the reaction
A = pre-exponential factor (a constant for a given reaction)
$E_0$ = Activation energy for the reaction
R = Universal gas constant
T = absolute temperature (in kelvins)

[6] Airgas MSDS for Ammonia.

[7] National Fire Prevention Association (NFPA) 921, Guide for Fire and Explosion Investigations, 2017 edition, p 921-135.

[8] Airgas MSDS for Hydrogen

[9] National Fire Prevention Association (NFPA) 921, Guide for Fire and Explosion Investigations, 2004 edition, Section 5.1.2.2.6 states that Hydrogen is "considered very dangerous and very likely to be ignited when released".

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



Not only does hydrogen gas have a very broad flammability range of 4-75%,[10] it also has a very low Minimum Ignition Energy (MIE) of approximately 0.017 mJ in air.[11] In comparison, propane has a flammability range of 2.2-9.5% and a MIE of approximately 0.25 mJ.[12] Astbury and Hawksworth[13] studied spontaneous ignition of hydrogen. In their review of postulated ignition mechanisms they identified in the Major Hazard Incident Database Service (MHIDAS) that the ignition source in hydrogen release incidents were found approximately half as often (13.7%) as compared to non-hydrogen gas releases (34.5%). The data suggests that there is an increase in ignition sources capable of causing combustion during a hydrogen gas release as compared to other flammable gases. Further, they discussed several postulated mechanisms of spontaneous ignition during the pressurized hydrogen release. Several are pertinent to the release of hydrogen gas from a Dometic cooling unit. First, hydrogen gas has a reverse Joule-Thompson effect - meaning the temperature of the gas will increase when it is released from high pressure to ambient. Second, the hydrogen reaches high velocities with particles present, which can cause electrostatic discharge. Dryer, et al.,[14] found sudden releases "can result in multi-dimensional transient flows involving shock formation, reflection and interactions" resulting in combustion at pressures as low as 310 psi. In AEGI testing, the methodology and conditions tested by Dryer were reproduced and spontaneous ignition of hydrogen gas was achieved. This result is particularly significant because spontaneous combustion can occur at pressures lower than the pressure within a Dometic refrigerator, regardless if it is operating. The conditions for spontaneous combustion similar to those studied by Dryer, potentially may be set up by the geometry of the boiler tube/heater pocket area and the area of hydrogen gas discharge. Further, NFPA acknowledges that "often it is difficult to isolate the source of ignition for fugitive fuel gasses because there are so many possibilities."[15,16]

The excess corrosion in the boiler tube assembly caused by the defective design is common to all Dometic gas absorption refrigerators, and is at the root of the failures — breach of the boiler tubes and source of fires. The actual failure can present in different ways, although all failure modes trace back to the common defective design.. First, there can be a general thinning of the boiler tube until it is breached, as presented in Photograph 1. Second, with cyclic stress due to thermal gradients, the corrosion layer can crack, exposing the steel underneath. The process is repeated eventually causing a through penetration corrosion fatigue crack adjacent to the heater pocket to boiler weld and/or at the toe of the weld, Photographs 2 and 3. Fatigue failure due to thermal

[10] Lewis and Von Elbe, Combustion, Flames and Explosions of Gasses, Third Edition, Academic Press, Inc., 1987.

[11] Ryo Ono, Masaharu Nifuku, Shuzo Fujiwar, Sadashige Horiguchi, and Tetsuji Oda, "Minimum Ignition Energy of Hydrogen-Air Mixture: Effects of Humidity and Spark Duration", Journal of Electrostatics, 65 (2007) 87-93

[12] Lewis and Von Elbe, op. cit.

[13] Astbury and Hawksworth, Spontaneous Ignition of Hydrogen Leaks: A Review of Postulated Mechanisms", International Journal of Hydrogen Energy, 32 (2007) p 2178-2185.

[14] Dryer, Chaos, Zhao, Stein, Alpert and Homer, "Spontaneous Ignition of Pressurized Releases of Hydrogen and Natural Gas into Air", Combust. Sci and Tech., 179:663-694, 2007.

[15] International Association of Arson Investigators (IAAI) and NFPA, User's Manual for NFPA 921 – Guide for Fire and Explosion Investigations. NFPA 2003.

[16] International Association of Arson Investigators (IAAI), International Association of Fire Chiefs (IAFC) and NFPA, Fire Investigator: Principles and Practice to NFPA 921 and 1033, Third edition, p 111.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

**AEGI**

stresses is precisely the subject of the recall. Third, the failure can be caused by localized corrosion, normally pits that penetrate through the tube wall, and seen in Photograph 4. Additionally, the corrosion product can clog the percolation tube, which allows the annular water to boil off increasing temperature and pressure to failure. Evidence of creep has been observed in cases where flow is disrupted.

### C. Knowledge

The fact that corrosion exists in boiler systems and leads to failure of the boiler tubing, leaks, and failure of the high-pressure systems is not new or novel but has been an issue of study for over 150 years, since the invention of the steam engine. It is clear that Dometic was aware of the need to protect their cooling units from internal corrosion by their inclusion of sodium chromate, a corrosion inhibitor, in the cooling solution used in their cooling units.

The danger of "corrosion induced leak[s]"[17] was long familiar to the Dometic Group, which has conducted corrosion studies on its gas absorption refrigerators since 1920,[18] including "studies of [the] influence of temperature, flow conditions and design of the cooling unit on the corrosion rate."[19] Dometic understood that without an inhibitor, the "typical service life of a refrigerator filled with ammonia and water is less than one year,"[20] and the inhibitor that Dometic uses, sodium chromate, is consumed over time.[21] Specifically, chromate inhibits corrosion by helping to create a passive layer on the inside of the boiler, but chromate is depleted over time as it reforms the passive layer each time it is damaged by the corrosive solution housed in the boiler tubes. Indeed, the Dometic Group takes full credit for the depletion of the chromate in justifying its continued use in Europe.

However, it is well known that where low concentrations of chromate are present, localized corrosion is enhanced.[22] And this not a new discovery. Patents designed to add chromate over time as it is depleted have been granted; specifically, Patent 2,246,665 applied for in 1938 and granted in 1941, by Ralph M. Buffington and assigned to Servel, Inc. and patent 2,580,983, applied for in 1946 and granted 1952, by N.E. Widell and assigned to Akticbolaget Electrolux, Sweden. Interestingly, the second patent indicates the refrigerator used an inert gas. While the term may be used to indicate the gas does not have any chemical reaction with the other fluids in the system, it would normally refer to a noble, and therefore non-flammable, gas (e.g., helium).

---

[17] Dometic Consolidated 0075

[18] Dometic Consolidated 00059-80

[19] Dometic Consolidated 0063

[20] Dometic Consolidated 00023. *See also* Dometic Consolidated 00060 ("An absorption cooling unit with ammonia and water without any inhibitor will immediately be attached by corrosion.")

[21] Dometic Consolidated 00060 ("Chromate is slowly consumed but experience has shown that the service life well exceeds 10 years of continuous operation.").

[22] Ogura, Kotaro, and Ohama, Takahiko, "Pit Formation in the Cathodic Polarization of Passive Iron IV. Repair Mechanism by Molybdate, Chromate and Tungstate", Corrosion, Vol. 40, No. 2, February, 1984 pp 47-51.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



Dometic is also fully aware that the fire hazard with a breach of the cooling system can be substantially reduced using an inert gas (helium) in place of the extremely flammable hydrogen gas. Helium based refrigerators have been produced by Atwood and helium based Dutch Aire (Amish) replacement cooling units produced by JC Refrigeration are available for Dometic refrigerators.

Of particular importance, Atwood announced their production of 6 and 8 cubic foot helium absorption refrigerators in May of 2011, projecting availability in August of 2011. Atwood's brochure touted that they were certified under the ANSI/CSA standard.[23] Dometic purchased Atwood Mobile Products, LLC, in September 2014. The helium absorption refrigerators have been discontinued. While the date that the decision was made was not found, it appears to have been made after the purchase of Atwood by Dometic.

### D. The common defect manifests with first use regardless of individual uses or installation procedures.

The onset of corrosion from the common design defect manifests in each cooling unit, causing internal damage to the boiler tubes that is not visible unless the refrigerator is sectioned (cut open). While external damage (leaking boiler tube) may not yet result for some time, internal damage inside the boiler tubes exists.

Excess corrosion occurs as a result of the design defect that is the same for all refrigerators asserted in this lawsuit and is not dependent upon individual usage. Because Dometic's gas absorption refrigerators use a pressurized closed-loop system, the cracking of the boiler tube and venting of hydrogen gas can occur even when the refrigerator is not powered, i.e., does not have the cooling unit in use. The vented hydrogen can be ignited by any competent ignition source in the refrigerator cabinet or areas that it may migrate and can, in some circumstances, spontaneously combust due to an uncontrolled high-pressure release.

AEGI hypothesizes that the failure presentation is a function of the varied, but within design parameters, operation of the particular boiler assembly used by Dometic on all of their gas absorption refrigerators covered in this action. Understanding the effect of different operational patterns could result in improved operational control parameters within the control circuitry and reduced damage due to corrosion.

In several of the Dometic refrigerator fires investigated by AEGI, the system was subjected to over-pressure because the fuse plug did not relieve the pressure, i.e., the temperature of the fusible plug did not exceed its eutectic melting temperature of approximately 281°F. The evidence of overpressure can be seen as an outward deformation of the percolating tube centering depression (commonly referred to as a popped dimple). Had there been a relief valve or rupture disk, there would not have been an over-pressure event and the release of flammable / extremely flammable gas could have been directed away from the RV instead of being the initial fuel or additional fuel load.

---

[23] American National Standard/CSA Standard for "Refrigerators Using Gas Fuel" (ANSI Z21.19 – 2002 / CSA 1.4-2002)./ ANSI Z21.19 – 2014 / CSA 1.4-2014

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



The installation of the refrigerator within the RV does not cause or mitigate the corrosion caused by the common defect.

### E. Dometic's Recalls Did Not Repair The Refrigerators That Were The Subject Of The Recall

Dometic has never replaced its defective boiler tube assembly or changed its design, which has remained constant for all class members' refrigerators. As Dometic acknowledges, "[t]here [were] no replacement parts covered under the recall."[24] Dometic's own corporate designee testified that the recall kit was not designed to "prevent a boiler fatigue crack from occurring."[25] nor does it "do anything to…stop a weld-fatigued leak;"[26] and thus "[i]f you have a leaking cooling unit, it makes absolutely no sense whatsoever to put the remedy on it…[b]ecause it doesn't work."[27] The recall kit "will not fix the refrigerator… The refrigerator can leak at any time, even after the recall kit has been installed on it."[28]

The recall kit (and standard equipment on class members' post-2008 models[29]) consists of three pieces – two heat sensors (called the Thermo-Disc and Thermal Fuse) and a metal heat shield.[30] The purpose of the Thermal Fuse and Thermo Disc is simply to serve as a failsafe device to shut the refrigerator's power off *in the event of a leak* and a rise in temperature.[31] However, merely cutting power to the unit when an excessive temperature is reached does not eliminate the other ignition sources for the gas. Recognizing this, the purpose of the heat shield is to attempt to contain the range of a fire should one ignite.

Dometic's chosen "remedy" completely fails to address the defective boiler assembly design or the root cause of boiler tube failure, much less actually fix the design of the cooling units to prevent leaks and fire.[32] Dometic's failure to address the root cause of the boiler tube leaks meant that the cooling units continued to leak, fail, and pose a safety risk of fire to owners for more than a decade, even after Dometic's 2006 recall.

---

[24] DometicPapasan_1624000.

[25] *See* DometicVarner_283977-980; McConnell Dep. 18:14-15 (the recall kit "did not prevent a boiler fatigue crack from occurring"),

[26] McConnell Dep. 97:22-23

[27] McConnell Dep. 213:1-5

[28] DometicVarner_283977-980.

[29] Wagner Dep. 99:4-8; *id.* at 43 ("The recall kit is factory installed on all of our refrigerators now.").  See DometicPapasan_1624032

[30] Wagner Dep.98:6-99:3  and DometicPapasan_162567

[31] DometicPapasan_0296897 ("The purpose of the recall is to add a secondary burner housing kit (or safety kit) to the refrigerator, so that in the RARE instance that there's a fire, it contains the fire and shuts the refrigerator down.").

[32] MV Engineering Report, DometicVarner_198181-198245]; McConnell Dep. 212:24-213:5 ("Because it doesn't work.").

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



### F.  Potential repairs

The defective design of the boiler discussed in this report causes excess corrosion in the Dometic refrigerators, making them prone to corrosion failure of the cooling unit boiler tube, resulting in escaping flammable/extremely flammable gasses. The release of flammable/extremely flammable gasses has resulted in numerous fires and presents a risk of serious injury.

As stated earlier, the design defect fact that corrosion exists in boiler systems and can lead to failure of the boiler tubing, leaks, and failure of the high-pressure systems is not new or novel but has been an issue of study for over 150 years since the invention of the steam engine. Systematic approaches to determine the root cause and determine the changes necessary to resolve the corrosion problem is well established and can easily be found in numerous reference materials regularly used in the field of boiler design.[33] Dometic, to our knowledge, has not conducted a systematic and thorough investigation to determine the root cause and operational characteristics that lead to boiler failure, which is the standard in the boiler industry. Documenting operational parameters and correlating them with failures is required to properly determine the root cause(s) of the failures. Nonetheless, the following is offered as feasible, non-exclusive repair options to remedy the problem:

Replace the boiler tube assembly with thicker tubing. The thickness of Dometic's boiler tube is approximately 0.06 -0.065 inches. The Amish and many of those that rebuild cooling units use tubes with 0.08-inch-thick tubes.

Replace the boiler tube assembly with corrosion resistant steel. The cooling units are made of low carbon steel, which is subject to corrosion. Using corrosion resistant steel minimizes the impact of corrosion.

Replace or modify the boiler tube assembly with a better heat distribution system. The thermal stresses are produced by temperature differences in the circumferential and longitudinal directions. Such stresses can be reduced by:

- More even distribution of heat input on the outside diameter of the boiler tube instead of all heat flux through a single heater pocket weld. This would also decrease the temperature (and corrosion rate) on the inside of the tube where the corrosion is occurring.
- Extend the length of the boiler that heat is applied. Reducing the thermal stresses and therefore the strain on the protective magnetite layer on the interior of the tube reduces corrosion.
- Increase the weld area from the heater pockets and more evenly distribute the heat input radially. Norcold, in its 2012 redesign of the 1210 cooling unit, applied these principles by radially spreading the location of the two heater pockets and welding both sides.
- Use a clamshell clamp on heater jacket with relatively large thermal mass. That would eliminate the heat affected zones (HAZ) introduced from the heater pocket welds and more

---

[33] See, e.g. Dooley, Barry and Bursik, Albert, PPChem 101, Lesson 2: Corrosion Fatigue, Power Plant Chemistry 2009, 11(10).

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

**AEGI**

evenly distributes the heat flux to the outside surface of the boiler. Increase the length of the clamshell to the maximum that gives satisfactory cooling performance. Alternatively, determine the feasibility of using heater tape wrapped around the boiler tube from manufacturers of such heater tape.

- Operationally, through the control board reduce the heat up rate during periods of excessive temperature differences between the heater and the boiler annulus water during cold startups and possibly after each percolation event.

### G. Supplemental repairs:

While the corrosion caused by the common design defect of the boiler tube assembly of Dometic gas absorption refrigerators and resultant release of ammonia, hydrogen and chromates is the primary safety risk, some improvement in safety would be achieved if the number of resultant fires can be decreased. The following only addresses the propensity to cause a fire, and not the root cause (corrosion).

- Use a relief valve with discharge piping and flame suppression to release in a controlled safer direction. The use of a fuse plug as a pressure limiting device is only effective to protect the pressure enclosure if the increase in pressure is accompanied by a sufficient increase in temperature at the fuse plug.

- Replace the boiler tube assembly with a cooling unit that uses helium instead of hydrogen Since hydrogen gas is extremely flammable with a very broad flammability range, mixing with even a small amount of air will produce a flammable mixture. Elimination of hydrogen from the cooling unit would likely decrease the number of fires. Helium, which is inert, can be substituted for hydrogen. In fact, Atwood, before being purchased by Dometic manufactured and sold helium based absorption refrigerators and JC Refrigeration, LLC manufactures helium based Amish RV (replacement) cooling units.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



## IV. Conclusions

Based on the foregoing investigation and preliminary analysis, to a reasonable degree of engineering and scientific certainty, AEGI concludes the following:

1. Based on our inspections of Dometic refrigerators, as discussed in further detail herein, and a review of the relevant documents publicly available or produced in litigation, we find that all Dometic gas absorption refrigerators manufactured since 1997 share in all relevant respects the same design. The cooling unit of all class members' refrigerators is a closed-loop system comprised of low-carbon steel tubing that contains a solution of water, ammonia, and sodium chromate, which is pressurized by hydrogen gas. Heat is applied to the cooling solution through electric heaters/propane combustion contained in pockets welded to the side of the boiler tube. The heating and cooling cycles are managed through electronic controllers, designed to cycle through heating and cooling periods multiple times per day. During these cycles, the metal components of the boiler tube assembly—the heater pockets, welds, and boiler tubing—expand and contract at different rates due to temperature differences, introducing cyclic stress into the assembly.

2. This boiler tube assembly design is dangerously flawed. Cyclic thermal stress, combined with the concentration of heat flux on the small surface of the heater pockets welds to the boiler tube, produces high temperature areas. The protective layer will thicken. The cyclic stresses can damage the protective layer on the inside of the boiler tubing that may have been established through pre-production treatment of the boiler tubing (if any), or through the high temperature, high pH and sodium chromate environment of the cooling solution. This protective layer can crack due to differences of thermal expansion. Once the protective layer is compromised, the cooling solution can repair the damage by forming a protective layer; however a stress riser is established. Further, the chromate is depleted, particularly in any area that there is a crack pit which leads to accelerated local corrosion. Eventually the corrosion will lead to leaks of extremely flammable hydrogen gas and flammable ammonia gas. This defect is common and manifests itself in all models of Dometic gas absorption cooling units. The defect is manifest with the initial use, even though the corrosive process may take time to result in visible damage and/or poor performance. The damage will eventually lead to a release of hydrogen (extremely flammable) and/or ammonia (flammable) gas and potential fire unless the unit is taken out of service for some other reason.

3. The manner in which the refrigerator containing the cooling unit is installed in a vehicle has no bearing on the common defect. The corrosive process will begin in every cooling unit upon first use and the environment external to the cooling unit cannot prevent the corrosion, even though there are external factors which can increase the speed at which the corrosion progresses to the point of perforating the boiler tube wall.

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.



4. Likewise, the manner in which the refrigerator containing the defective cooling unit is used also has no bearing on the defect. While the rate of corrosion and whether general corrosion or localized corrosion may be favored, the boiler tube will corrode and eventually fail due to the corrosion. Review of Dometic's documents indicates that it has long been aware of corrosion-induced leaks in the boiler tube assembling and the fire risk its boiler tube assembly presents.

5. It appears from the existing records in evidence that the number of fires reportedly caused by Dometic refrigerators is far greater than Dometic publicly reported. Dometic's documentation concerning the extent of the number of fires is not internally consistent nor is it consistent with AEGI Dometic files.

6. The existing record in evidence demonstrates Dometic's awareness of the design defect, the failure of Dometic's prior recalls to remedy that defect, and the substantial risk of fire that accompanies the defect.

7. After reviewing the files for the Meurer, King, Young, Johnston, Landsheft, Goehle, and Garrett fires, we find commonality, demonstrating that Dometic's design defect is the common root cause of the fire for each of these plaintiffs:

   f. The area of fire origin for these cases is consistent with starting at the subject Dometic absorption refrigerator;

   g. The point of origin is consistent with the boiler region of the subject Dometic absorption refrigerator;

   h. There is the potential for several competent sources of ignition in the refrigerator boiler region to be present when the identified breach occurred, releasing fugitive ammonia and hydrogen gas.

   i. The first fuel ignited in the fire sequence was one or both of the flammable components of the refrigerant (ammonia and hydrogen gas) released as a consequence of the identified breach.

   j. The identified failure in the boiler region of the of the subject Dometic absorption refrigerators is inconsistent with having been caused by an attacking fire.

8. The Dometic boiler tubes for the class that AEGI inspected all had some degree of corrosion on the interior of the tube adjacent to the heater pocket welds which was a result of the common defective design of the boiler tube of Dometic absorption refrigerators. The release of hydrogen (extremely flammable) and ammonia (flammable) gas can cause a fire

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

27



from a leak in the boiler tube, with or without heat applied.  It can also be released as a result of a loss of flow in the cooling system with heat applied due to extreme off level, a leak in the boiler that decreases the annulus level below that of the absorber, or a clog, generally due to corrosion products, in the percolating tube.  With a loss of flow and heat applied, the temperature and pressure in the boiler increased until the point that the cooling unit is breached, expelling the hydrogen and ammonia gas.

The conclusions stated are derived from analysis of the evidence and documents available to AEGI at the time of the report. AEGI is aware of ongoing discovery and depositions. AEGI reserves the right to review additional information and assess the significance to this investigation, including modifying, deleting or adding opinions as required.

## V. Signatures

Report Prepared By:

Peter D. Layson
Principal Staff Scientist

Orion P. Keifer P.E.
Principal Mechanical Engineer
 (AL, CA, GA, FL, OR, VA & TX)

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

AEGI

## VI. Photographs



**Photograph 1 Note the general thinning of the boiler tube wall to failure.  Also note the thick corrosion layer that remains adjacent to the area of thinning on the right and left. (Goehle  0116-003-1227-1017.jpg)**

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

*AEGI*



**Photograph 2 Note the through crack in the boiler tube (King 0117-004-1227-1150.jpg)**



**Photograph 3 A scanning electron micrograph of the crack.  Note the corrosion layer adjacent to the crack. (King 0117-004-1227-SEM 002.TIF)**

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.





**Photograph 4 Corrosion pitting through the boiler tube adjacent to the heater pocket-boiler tube weld. (Johnson 0116-002-1227 0796.jpg)**

Some referenced documents and associated comments in the report may be covered by protective order and therefore are considered confidential.

AEGI