**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:16-cv-22482-RNS**

| | |
|---|---|
| CATHERINE PAPASAN, et al., and all persons similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>DOMETIC CORPORATION, a Delaware Corporation,<br><br>                          Defendant. | No. 16-cv-22482-SCOLA/OTAZO-REYES |

**PLAINTIFFS' *UNOPPOSED* MOTION FOR LEAVE**
**(1) TO FILE FIVE EXCESS PAGES IN OPPOSITION TO DOMETIC'S MOTION TO**
**EXCLUDE THE OPINIONS OF AEGI AND GARRET GLASGOW [ECF NO. 380] AND**
**(2) TO FILE FIVE EXCESS PAGES SUPPORTING THEIR MOTION TO EXCLUDE**
**THE OPINIONS OF GRAY, KWON, CANTOR AND HANSSENS**

Plaintiffs, pursuant to Local Rule 7.1(c)(2), respectfully request leave to file 5 excess pages in opposition to Defendant's Motion to Exclude the Opinions of AEGI and Garret Glasgow [ECF No. 380], and to file 5 excess pages supporting their Motion to Exclude the Opinions of Dr. Amy Gray, Sonya Kwon, Dr. Robin Cantor, and Dr. Dominique Hanssens.

1.      The Court's Case Scheduling Order [ECF No. 286] permits a single, omnibus Daubert motion and further provides: "If a party cannot address his or her . . . expert challenges in a 20-page motion, leave to exceed the page limitation will be granted upon a showing of good cause.

2.      On April 11, 2019, Dometic moved for leave to file its motion to exclude with 5 additional pages to address *two experts* (AEGI and Dr. Garrett Glasgow) and several different issues. [ECF No. 375]. In its motion for leave, Dometic confirmed that it "will not oppose a concomitant five (5) page extension of Plaintiffs' opposition brief." *Id*. at 2.

3.      On April 16, 2019, this Court granted Dometic's motion, and Dometic filed its 25-page motion the same day (along with an additional 1,097 pages of exhibits). [ECF Nos. 379, 380].

4.      Plaintiffs are currently formulating their opposition to Dometic's motion to exclude, and respectfully request a concomitant 5-page extension so that the parties are afforded equal treatment in briefing that motion.

1

5.      Further, Plaintiffs are currently in the process of drafting an affirmative *Daubert* motion to exclude the extensive opinions of at least *four of Dometic's experts* (Dr. Amy Gray, Sonya Kwon, Dr. Robin Cantor, and Dr. Dominique Hanssens). The subject matter of these reports run the gamut from the design, manufacture, operation, and failure of gas absorption refrigerators, the purported efficacy of the secondary burner housing and the temperature-sensitive fuse plug, as well as statistical analyses of consumer preferences and claims rates for defective Dometic gas absorption refrigerators. Given that the Court's scheduling order contemplates extending the 20-page limit upon a showing of good cause [ECF No. 286], Plaintiffs respectfully request leave to file their affirmative *Daubert* motion with an additional 5 pages so that they can adequately address these various opinions spanning such disparate subject matter.

6.      Counsel for the parties have conferred regarding the relief requested in accordance with Local Rule 7.1(a)(3), and no party has any objection to the relief sought herein.

**WHEREFORE,** Plaintiffs respectfully request this Court grant Plaintiffs leave to file five additional pages with their opposition to Dometic's *Daubert* motion, and five additional pages with their affirmative *Daubert* motion.

Dated: April 19, 2018                          Respectfully submitted,


                                               /s/ Adam M. Moskowitz
                                               Adam M. Moskowitz, FL SBN 984280

                                               *Attorneys for Plaintiffs and putative class*

2

| | |
|---|---|
| **THE MOSKOWITZ LAW FIRM, PLLC**<br>Adam Moskowitz (FBN 984280)<br>Howard M. Bushman (FBN 0.364230)<br>Joseph M. Kaye (FBN 117520)<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>Telephone: (305) 740-1423<br>Email: howard@moskowitz-law.com<br>Email: adam@moskowitz-law.com<br>Email: joseph@moskowitz-law.com<br>Secondary: dionne@moskowitz-law.com<br>Secondary: alex@moskowitz-law.com<br>Secondary: jaymie@moskowitz-law.com<br><br>*Attorneys for Plaintiffs and putative class* | **ZIMMERMAN REED, LLP**<br>Hart L. Robinovitch (admitted *pro hac vice*)<br>hart.robinovitch@zimmreed.com<br>14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254<br>(480) 348-6400 Telephone<br>(480) 348-6415 Facsimile<br><br>Caleb Marker (admitted *pro hac vice*)<br>caleb.marker@zimmreed.com<br>2381 Rosecrans Ave., #328<br>Manhattan Beach, CA 90245<br>(877) 500-8780 Telephone<br>(877) 500-8781 Facsimile<br>*Attorneys for Plaintiffs and putative class* |
| **SEARCY DENNEY SCAROLA BARNHART & SHIPLEY PA**<br>Jack Scarola, Esq.<br>Florida Bar No. 169440<br>jsx@searcylaw.com<br>2139 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33409<br>Telephone: (561) 686-6300<br>Fax: (561) 383-9451<br><br>*Attorneys for Plaintiffs and putative class* | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>Thomas E. Loeser (admitted *pro hac vice*)<br>Barbara Mahoney (*Pro hac vice* application to be filed)<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>toml@hbsslaw.com<br>barbara@hbsslaw.com<br><br>*Attorneys for Plaintiffs and putative class* |
| **LAW OFFICES OF TERRENCE A. BEARD**<br>Terrence A. Beard (admitted *pro hac vice*)<br>525 Marina Blvd<br>Pittsburg, CA 94565<br>Telephone: (925) 778-1060<br>Facsimile: (925) 473-9098<br>TBeard1053@aol.com<br><br>*Attorneys for Plaintiffs and putative class* | |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 19, 2019, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record via transmission of Notices of

Electronic Filing generated by CM/ECF.

By: /s/ Adam M. Moskowitz
Adam M. Moskowitz
