## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:16-cv-22482-RNS**

CATHERINE PAPASAN *et al.* and all persons similarly situated,

        Plaintiffs,

v.

DOMETIC CORPORATION, a Delaware Corporation,

        Defendant.

### DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL DOMETIC'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF AMY GRAY, SONYA KWON, DOMINIQUE HANSSENS, AND ROBIN CANTOR

Pursuant to the parties' Stipulated Protective and Confidentiality Order [ECF No. 18] and Local Rule 5.4, Defendant Dometic Corporation ("Dometic") seeks leave to file its Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Amy Gray, Sonya Kwon, Dominique Hanssens, and Robin Cantor ("Opposition") under seal. In support thereof, Dometic states:

1. Dometic's Opposition will include information and attach exhibits that Dometic has designated "Confidential" or "Highly Confidential" pursuant to the parties' agreed protective and confidentiality order, including in particular internal information regarding Dometic-branded gas absorption refrigerators, such as warranty claims data and analyses thereof.

2. For the convenience of the Court, attached is a proposed Order granting this Motion.

3. Dometic respectfully requests that the documents remain sealed unless and until a party challenges the designation and the Court resolves the challenge in favor of the objecting party.

4. Counsel for Dometic has conferred with Plaintiffs' counsel in accordance with Local Rule 7.1(a)(3) and counsel for Plaintiffs does not oppose the relief requested in the Motion.

**WHEREFORE**, Dometic respectfully requests that this Court enter an order allowing Dometic to file its Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Amy Gray, Sonya Kwon, Dominique Hanssens, and Robin Cantor under seal.

Dated: May 14, 2019

Respectfully submitted:

*s/ Erica W. Rutner*
Erica Rutner (Fla. Bar No. 0070510)
erutner@lashgoldberg.com
Martin Goldberg (Fla. Bar No. 0827029)
mgoldberg@lashgoldberg.com
Greg Weintraub (Fla. Bar No.0075741)
gweintraub@lashgoldberg.com
Michael Redondo (Fla. Bar No. 86550)
mredondo@lashgolsberg.com
Jonathan L. Williams (Fla. Bar No. 117574)
jwilliams@lashgoldberg.com
Nicholas A. Ortiz (Fla. Bar No. 117381)
nortiz@lashgoldberg.com
Gina P. Rhodes (Fla. Bar No. 118952)
grhodes@lashgoldberg.com

**LASH & GOLDBERG LLP**
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131
Telephone: (305) 347-4040
Fax: (305) 347-4050

Edward Soto (Fla. Bar No. 0265144)
Edward.Soto@weil.com
Lara Bach (Fla. Bar No. 0086734)
Lara.Bach@weil.com
Pravin R. Patel (Fla. Bar No. 0099939)
Pravin.Patel@weil.com
Corey Brady (Fla. Bar No. 0119859)
Corey.Brady@weil.com

**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159

*Counsel for Defendant Dometic Corp.*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                /s/ *Erica Rutner*
                **LASH & GOLDBERG LLP**
                Erica Rutner
                (Fla. Bar No. 0070510)
                erutner@lashgoldberg.com
                100 Southeast 2nd Street, Suite 1200
                Miami, FL 33131
                Telephone: (305) 347-4040
                Fax: (305) 347-4050