United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Brandy Varner and others,  )<br>Plaintiffs,  )<br>  )<br>v.  )  Civil Action No. 16-22482-Civ-Scola<br>  )<br>Dometic Corporation, Defendant.  ) | |

### Order Referring Motions To Magistrate Judge

The Court **refers** the Plaintiffs' Motions to Exclude Expert Opinions (**ECF Nos. 389, 395**) to United States Magistrate Alicia M. Otazo-Reyes to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules.

**Done and ordered** at Miami, Florida, on June 17, 2019.

_____
Robert N. Scola, Jr.
United States District Judge