UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CATHERINE PAPASAN, *et al.*, and all
persons similarly situated,

     Plaintiffs,                                             Case No. 1:16-cv-22482-RNS

*v.*

DOMETIC CORPORATION,

     Defendant.

_____/

## NOTICE OF APPEARANCE

Please take notice that Emily L. Pincow of Lash & Goldberg LLP enters her appearance as counsel for Defendant Dometic Corporation in the above-captioned matter. All future correspondence, pleadings, and other papers in this matter directed to Defendant should be served upon **Emily L. Pincow, Esq.** at Lash & Goldberg LLP, 2500 Weston Road, Suite 220, Weston, Florida 33331 and via email at epincow@lashgoldberg.com.

Dated: July 12, 2019                                  Respectfully submitted:

                                                           */s/ Emily L. Pincow*
                                                           **LASH & GOLDBERG LLP**
                                                           Emily L. Pincow (Fla. Bar No. 1010370)
                                                           epincow@lashgoldberg.com
                                                           2500 Weston Road, Suite 220
                                                           Weston, FL 33331
                                                           Telephone: (305) 347-4040
                                                           Fax: (305) 347-4050

                                                           *Counsel for Defendant Dometic Corp.*

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

                                                        */s/ Emily L. Pincow*