UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22482-CIV-SCOLA/OTAZO-REYES

BRANDY VARNER, *et al.*,
and all others similarly situated,

    Plaintiffs,

v.

DOMETIC CORPORATION, a Delaware
Corporation,

    Defendant.
_____/

## NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

THIS CAUSE came before the Court for a Settlement Conference held on October 13, 2022. This matter was before the undersigned pursuant to the Court's Order Referring Case to Magistrate Judge for Settlement Conference issued by the Honorable Robert N. Scola, United States District Judge [D.E. 580]. All parties and counsel were in attendance.

The undersigned is pleased to report that **the matter addressed at the Settlement Conference has been settled in its entirety**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of October, 2022.

                                                     _____
                                                     ALICIA M. OTAZO-REYES
                                                     UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Robert N. Scola
        Counsel of Record