UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 16-cv-22482-SCOLA/OTAZO-REYES

CATHERINE PAPASAN, *et al.*, and all persons similarly situated,

    Plaintiffs,

v.

DOMETIC CORPORATION, a Delaware Corporation,

    Defendant.

**JOINT STIPULATION TO DISMISS CLAIMS OF PAPASAN PLAINTIFFS ONLY WITH PREJUDICE**

Plaintiffs Timothy Cherry, Paula Meurer, Nelson and Margorie Goehle, Jill and Sid Garrett, Richard Landsheft, Christopher Johnston, Andrew Young, Gary Graus, Gwendolyn and Louis King, and Richard and Leah Vollberg (hereinafter the "Papasan Plaintiffs"), and Defendant Dometic Corporation ("Dometic", and together with the Papasan Plaintiffs, the "Parties"), by and through the undersigned counsel, hereby stipulate and agree to the resolution and dismissal of all of the Papasan Plaintiffs' remaining claims in this lawsuit, as follows, pursuant to Fed. R. Civ. P. 41 and any other applicable rule of procedure.

1. The claims of the Papasan Plaintiffs (Timothy Cherry, Paula Meurer, Nelson and Margorie Goehle, Jill and Sid Garrett, Richard Landsheft, Christopher Johnston, Andrew Young, Gary Graus, Gwendolyn and Louis King, and Richard and Leah Vollberg) shall be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), 41(a)(2) and/or any other applicable rule of procedure.

2. The parties agree to bear their own fees and costs incurred in the above-entitled action, and to waive any fee and/or cost claim against each other.

3. The parties agree that the effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: November 10, 2022

*/s/ Erica Rutner*
**MOORE & LEE, LLP**
Erica Rutner (Fla. Bar No. 0070510) Rachel E. Bauer, admitted pro hac vice Zackary J. Rogers, admitted pro hac vice Email: e.rutner@mooreandlee.com Email: r.bauer@mooreandlee.com Email: z.rogers@mooreandlee.com
110 SE 6th Street, Suite 1980 Fort Lauderdale, FL 33301 Telephone: (703) 506-2050
Fax: (703) 506-2051

**WEIL, GOTSHAL & MANGES LLP**
Edward Soto (Fla. Bar No. 0265144) Edward.Soto@weil.com Pravin R. Patel (Fla. Bar No. 0099939)
Pravin.Patel@weil.com Corey Brady (Fla. Bar No. 0119859) Corey.Brady@weil.com
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159

*Attorneys for Defendant Dometic*

*/s/ Seth Miles*
_____
Seth Miles
Florida Bar No. 385530
seth@bucknermiles.com
**BUCKNER + MILES**
2020 Salzedo Street, Suite 302
Coral gables, Florida 33134

Telephone: (305)964-8003
Facsimile: (786)523-0485


TERRENCE A. BEARD (Pro Hac Vice)
Law Offices of Terrence A. Beard
P.O. Box 1599
Sutter Creek, CA 95685
Telephone: 925-778-1060
Email: Tbeard1053@aol.com

Thomas E. Loeser (Pro Hac Vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: toml@hbsslaw.com

*Attorneys for Plaintiffs Nelson and Marjorie Goehle,
Andrew Young, Christopher Johnston, Richard and
Leah Vollberg, Timothy Cherry, Paula Meurer,
Jill and Sid Garrett, Richard Landsheft, Gary Graus,
and Gwendolyn and Louis King*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Federal Court's CM/ECF Filing System on all counsel or parties of record on November 10, 2022.

*/s/ Seth Miles*

Seth Miles