# EXHIBIT P

| | |
|---|---|
| **From:** | Erica Rutner |
| **Sent:** | Thursday, February 2, 2023 9:28 AM |
| **To:** | T Beard |
| **Cc:** | Zack Rogers |
| **Subject:** | RE: Papasan Settlement Agreement - PLEASE READ |
| **Importance:** | High |

Terry,

It has been two weeks and we have received no response. Nor have we received the partially executed agreement as you promised. At this juncture, we have no choice but to proceed. Please inform any clients who have not signed that if we do not receive a signed agreement by Monday, we will be seeking sanctions against them with the Magistrate who oversaw the settlement conference. Thank you.

Erica Rutner
Moore & Lee, LLP
110 SE 6th St., Suite 1980
Fort Lauderdale, FL 33301
(703) 940-3763 Telephone
(786) 897-9528 Cell
(703) 506-2051 Facsimile
e.rutner@mooreandlee.com

**From:** Erica Rutner
**Sent:** Thursday, January 19, 2023 8:39 PM
**To:** T Beard <tbeard1053@aol.com>
**Cc:** Zack Rogers <z.rogers@mooreandlee.com>
**Subject:** Papasan Settlement Agreement

Terry,

I am writing in follow up to our conversation yesterday regarding the Papasan settlement. I spoke with my client today and they would like us to file a motion to reopen the case under ECF No. 586 along with a motion enforce to enforce the settlement agreement under ECF No. 588, if we do not receive a final and fully executed copy of the agreement by the end of the month. The motion will only be directed towards the plaintiffs who have not signed (and so I will at least need the partially executed copy by then).  I am hopeful that given how much time has lapsed, you can get the signatures and we can avoid unnecessary practice. Thanks.

Erica Rutner
Moore & Lee, LLP
110 SE 6th St., Suite 1980
Fort Lauderdale, FL 33301
(703) 940-3763 Telephone
(786) 897-9528 Cell
(703) 506-2051 Facsimile
e.rutner@mooreandlee.com