**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 16-cv-22482-SCOLA/OTAZO-REYES**

CATHERINE PAPASAN, *et al.*, and all
persons similarly situated,

      Plaintiffs,

v.

DOMETIC CORPORATION, a
Delaware Corporation,

      Defendant.

---

### LAW OFFICES OF TERRENCE A. BEARD, BUCKNER + MILES, and HAGENS, BERMAN, SOBOL, SHAPIRO, LLP's MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF PAULA MEURER

Pursuant to S.D. Fla. L.R. 7.1 and 11.1, and Rule 4-1.16(b) of the Model Rules of Professional Conduct, the undersigned counsel and the law firms of Terrence A. Beard, Buckner + Miles and Hagens Berman Sobol Shapiro, LLP respectfully request this Court grant them leave to withdraw as Counsel of Record for Plaintiff Paula Meurer, and in support thereof, state as follows:

### I.      INTRODUCTION

Plaintiff Paula Meurer retained the law firms of Terrence A. Beard and Hagens Berman Sobol Shapiro, LLP to represent her in the above styled class action litigation on September 21, 2017.  Ms. Meurer also retained the Law Offices of Terrence A. Beard to represent her regarding her individual claims against Dometic Corporation arising from a

fire on August 17, 2017, which were alleged along with the class claims in the above-entitled action.  Beard and Hagens Berman subsequently retained, with plaintiffs' consent, Seth Miles of Buckner + Miles to act as local counsel when the above-entitled action was transferred to the Southern District of Florida in 2018.

All of Ms. Meurer's claims were dismissed with prejudice pursuant to a mediated settlement on November 15, 2022.  (ECF No. 588).  Dometic circulated a written Settlement Agreement which all plaintiffs signed, but which Ms. Meurer refused to sign.  Ms. Meurer then stopped communicating with plaintiffs' counsel Terrence A. Beard.

## II.     ARGUMENT

### A.     IRRECONCILABLE DIFFERENCES HAVE ARISEN THAT RENDER CONTINUED REPRESENTATION OF PLAINTIFF PAULA MEURER UNREASONABLY DIFFICULT AND THERE IS GOOD CAUSE TO WITHDRAW.

Rule 4-1.16(b) of the Rules Regulating the Florida Bar allows for counsel to withdraw from representation if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement; (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (5) other good cause for withdrawal exists.  Here, irreconcilable differences have arisen between Plaintiff Paula Meurer and her attorneys regarding the execution of the Settlement Agreement.  Further, Plaintiff Paula Meurer has cut off

communication with the undersigned, rendering continued representation by the undersigned impossible.  Both are sufficient legal grounds for withdrawal under Rule 4-1.16(2) and (4).  *See MBI Servs. v. Apex Distribution LLC*, 21-cv-20975-Bloom/Otazo-Reyes, at *1 (S.D. Fla. Sep. 19, 2022)  (irreconcilable differences good cause for withdrawal of counsel);  *Beard v. Shuttermart of Cal., Inc*., 2008 U.S. Dist. LEXIS 10575, *7 (S.D. Cal. Feb. 13, 2008) ("A client's repeated failure to communicate with counsel in not responding to phone calls and written communication is sufficient to be considered conduct making it unreasonably difficult for counsel to carry out the litigation."); *Benefield v. City of New York*, 2006 NY Slip Op 26482, *3 (N.Y. Sup. Ct. 2006) ("Conflicts of interest, and a failure to communicate with the attorney, may be added to the list of reasons which may justify counsel's withdrawal. A client who fails to respond to communications from his or her attorney may render continued representation unreasonably difficult."); *Nat'l Career College, Inc. v. Spellings*, 2007 U.S. Dist. LEXIS 50705, *8 (D. Haw. July 11, 2007) (granting motion to withdraw based on "Plaintiffs' failure to communicate on all aspects of handling the case").

### III.     RELIEF REQUESTED

For the foregoing reasons, the undersigned counsel and law firms respectfully request this Court to enter an Order granting their Motion to Withdraw as Counsel for Plaintiff Paula Meurer in the above-entitled action, and for all other relief that this Court deems just and proper.

Dated:  February 24, 2023

*/s/  Seth Miles* _____
SETH MILES
Florida Bar No. 385530
seth@bucknermiles.com
**BUCKNER + MILES**
2020 Salzedo Street, Suite 302 Coral Gables,
Florida 33134 Telephone: (305)964-8003
Facsimile: (786)523-0485

TERRENCE A. BEARD (Pro Hac Vice)
**Law Offices of Terrence A. Beard**
P.O. Box 1599
Sutter Creek, CA  95685
Telephone:  925-778-1060
Email:  Tbeard1053@aol.com

Thomas E. Loeser (admitted pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: toml@hbsslaw.com

*Attorneys for Plaintiffs Nelson and Marjorie
Goehle, Andrew Young, Christopher Johnston,
Richard and Leah Vollberg, Timothy Cherry, Paula
Meurer, Jill and Sid Garrett, Richard Landsheft,
Gary Graus, and Gwendolyn and Louis King*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(3)**

Prior to filing this Motion and pursuant to this Court's local rules, the undersigned hereby certifies that he conferred with Defendants' representative regarding the Motion and the relief requested.   Defendants' counsel requested, and the undersigned agreed, to an extension of time until noon Pacific time on February 23, 2023 to decide whether they opposed the  motion.   Dometic advised that they opposed the motion to the extent it had any effect on their "…ability to seek fees…"   The undersigned deems Dometic's response to be a statement that they oppose the Motion.

Dated: February 24, 2023                    */s/ Terrence A. Beard*

_____

TERRENCE A. BEARD (Pro Hac Vice)
**Law Offices of Terrence A. Beard**
P.O. Box 1599
Sutter Creek, CA  95685
Telephone:  925-778-1060
Email:  Tbeard1053@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Federal Court's CM/ECF Filing System on all counsel or parties of record on February 24, 2023.

I further certify that a true and correct copy of the foregoing was served by certified mail and by electronic mail (email) on Plaintiff Paula Meurer, addressed as follows:

Paula Meurer
P.O. Box 270-683
Susanville, CA  96127
Email:  pemeurer@gmail.com

*/s/ Seth Miles*
Seth Miles