UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22482-CIV-SCOLA/OTAZO-REYES

CATHERINE PAPASAN, et al.,

    Plaintiffs,

v.

DOMETIC CORPORATION,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Dometic Corporation's ("Defendant") Motion to Reopen Case and Enforce Settlement Agreement (hereafter, "Motion") [D.E. 589]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 590]. The undersigned held a hearing on this matter on March 2, 2023 (hereafter, "Hearing"). In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED as follows:

1. The Settlement Agreement is DEEMED EXECUTED by Plaintiff Paula Meurer ("Ms. Meurer"). Although Ms. Meurer has refused to sign the written Settlement Agreement, she fully participated in the Settlement Conference conducted by the undersigned on October 13, 2022, which resulted in the Settlement Agreement. See Transcript of Settlement Conference [D.E. 593 at 27-28]; Notice of Outcome of Settlement Conference [D.E. 584].

2. Given the foregoing and Plaintiffs Timothy Cherry, Nelson and Margorie Goehle, Jill and Sid Garrett, Richard Landsheft, Christopher Johnson, Andrew Young, Gary Graus, Gwendolyn and Louis King, and Richard and Leah Vollberg's execution of the Settlement

Agreement, Defendant's Motion is DENIED AS MOOT.

      3.      Defendant's request for sanctions in connection with the Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of March, 2023.

                                                    ALICIA M. OTAZO-REYES
                                                    UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Robert N. Scola, Jr.
        Counsel of Record